BEFORE THE THIRD DIVISION, DECEMBER 27, 1966

**No. P66/385.**—Frank P. Dow Co., Inc., a/c Ucagco, Inc., et al. *v.* United States, protests 227134–K, etc. (Portland, Oreg.).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claims of the plaintiffs were sustained.

**No. P66/386.**—United China & Glass Co. *v.* United States, protests 61/15556, etc. (New Orleans).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 29, 1966

**No. P66/387.**—U. S. Asiatic Co., Inc. *v.* United States, protests 60/5615 and 60/21843 (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.